```
 1  JOHNSON BOTTINI, LLP
    FRANCIS A. BOTTINI, JR. Cal. Bar No. 175783
 2  DEREK J. WILSON, Cal. Bar No. 250309
    655 West Broadway, Suite 1400
 3  San Diego, California  92101
    Telephone: 619/230-0063
 4  Facsimile: 619/233-5535

 5  Attorneys for Plaintiff

 6

 7                        UNITED STATES DISTRICT COURT

 8                      NORTHERN DISTRICT OF CALIFORNIA

 9  MARY LEMMOND and WANDELL         )  No. CV 08 1301
    EVERETT, Derivatively On Behalf of)
10  VeriFone Holdings, Inc.          )  NOTICE OF RELATED CASE PURSUANT
                                     )  TO CIVIL L.R. 3-12
11               Plaintiffs,         )
         vs.                         )
12                                   )
    DOUGLAS G. BERGERON,             )
13  BARRY ZWARENSTEIN,               )
    JESSE ADAMS,                     )
14  ISAAC ANGEL,                     )
    ELMORE WALLER,                   )
15  COLLIN E. ROCHE,                 )
    JAMES C. CASTLE,                 )
16  LESLIE G. DENEND,                )
    ALEX W. HART,                    )
17  ROBERT B. HENSKE,                )
    CHARLES R. RINEHART,             )
18  EITAN RAFF,                      )
    WILLIAM G. ATKINSON,             )
19  CRAIG A. BONDY,                  )
    GTCR GOLDER RAUNER, LLC,         )
20  and DOES 1-25, inclusive,        )
                                     )
21               Defendants,         )
                                     )
22       -and-                       )
                                     )
23  VERIFONE HOLDINGS, INC., a Delaware)
    Corporation,                     )
24                                   )
                 Nominal Defendant.  )
25  _____

26

27

28

                          NOTICE OF RELATED CASE
```

FILED
MAR - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1  TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
2  CALIFORNIA AND ALL PARTIES AND COUNSEL OF RECORD:

3  PLEASE TAKE NOTICE that, pursuant to Civil L.R. 3-12, Plaintiffs Mary Lemmond and Wandell Everett, by and through their attorneys, hereby inform the Court and the parties that the above captioned case is related to the cases of *King v. Bergeron, et al.*, case number CV07-06347 MHP and *In re Verifone Holdings, Inc. Sec. Litig.*, Master File No. CV07-6140 MHP.

This action and the *King* action are related cases because they are both shareholder derivative actions filed on behalf of Nominal Defendant Verifone Holdings, Inc. The actions involve similar parties and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

*In re Verifone Holdings, Inc. Sec. Litig.*, Master File No. C07-6140 MHP, is a securities fraud class action under the Private Securities Litigation Reform Act of 1995. The *King* shareholder derivative action, Case No. CV07-06347, was originally assigned to Judge Trumbull but was re-assigned and transferred to Judge Patel by order dated February 15, 2008. Thus, Plaintiffs believe their shareholder derivative action should be assigned to Judge Patel.

DATED: March 5, 2008

_____
FRANCIS A. BOTTINI, JR.

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
DEREK J. WILSON
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: 619/230-0063
Facsimile: 619/233-5535

Attorneys for Plaintiffs