```
 1  JOHNSON BOTTINI, LLP
    FRANCIS A. BOTTINI, JR. Cal. Bar No. 175783
 2  DEREK J. WILSON, Cal. Bar No. 250309
    655 West Broadway, Suite 1400
 3  San Diego, California 92101
    Telephone: 619/230-0063
 4  Facsimile: 619/233-5535

 5  Attorneys for Plaintiffs
```

**FILED**

MAR - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEMMOND and WANDELL EVERETT, Derivatively On Behalf of VeriFone Holdings, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS G. BERGERON,<br>BARRY ZWARENSTEIN,<br>JESSE ADAMS,<br>ISAAC ANGEL,<br>ELMORE WALLER,<br>COLLIN E. ROCHE,<br>JAMES C. CASTLE,<br>LESLIE G. DENEND,<br>ALEX W. HART,<br>ROBERT B. HENSKE,<br>CHARLES R. RINEHART,<br>EITAN RAFF,<br>WILLIAM G. ATKINSON,<br>CRAIG A. BONDY,<br>GTCR GOLDER RAUNER, LLC,<br>and DOES 1-25, inclusive,<br><br>Defendants,<br><br>-and-<br><br>VERIFONE HOLDINGS, INC., a Delaware Corporation,<br><br>Nominal Defendant. | CV 08 1301<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: March 5, 2008

_____
FRANCIS A. BOTTINI, JR.

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
DEREK J. WILSON
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: 619/230-0063
Facsimile: 619/233-5535

Attorneys for Plaintiffs Mary Lemmond and Wandell Everett

-1-