1  Michael H. Steinberg (SBN 134179)
   (steinbergm@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, California 90067
   Telephone:   (310) 712-6600
4  Facsimile:   (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  Scott C. Hall (SBN 232492)
   (halls@sullcrom.com)
7  Sverker K. Högberg (SBN 244640)
   (hogbergs@sullcrom.com)
8  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
9  Palo Alto, California 94303
   Telephone:   (650) 461-5600
10 Facsimile:   (650) 461-5700

11 Attorneys for Defendants VERIFONE HOLDINGS, INC.,
   DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G.
12 DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE,
   EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE,
13 CRAIG A. BONDY, and BARRY ZWARENSTEIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES R. KING, derivatively on behalf of VERIFONE HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN, <br><br> Defendants, <br> -and- <br> VERIFONE HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. CV 07-6347 MHP <br><br> **NOTICE OF APPEARANCE OF BRENDAN P. CULLEN ON BEHALF OF DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN** <br><br> Judge: The Hon. Marilyn H. Patel <br> Courtroom: 15 <br><br> This case is related to IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, Master File No. C 07-6140 MHP, HILBORN v. BERGERON ET AL., Case No. CV 08-1132 MHP, PATEL v. |

| | | |
|---|---|---|
| 1 | | BERGERON ET AL., Case No. 08-1133 MHP, and LEMMOND ET AL. v. BERGERON ET AL., Case No. CV 08-1301 MHP. |
| 2 | | |
| 3 | ARTHUR HILBORN, derivatively on behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., ) ) ) | Case No. CV 08-1132 MHP |
| 4 | | Judge: The Hon. Marilyn H. Patel Courtroom: 15 |
| 5 | Plaintiff, ) | |
| 6 | v. ) | |
| 7 | Douglas G. Bergeron, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, ) | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Defendants, ) | |
| 13 | -and- ) | |
| 14 | VERIFONE HOLDINGS, INC., ) | |
| 15 | Nominal Defendant. ) | |
| 16 | ARUNBHAI PATEL, derivatively on behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., ) | Case No. CV 08-1133 MHP |
| 17 | | Judge: The Hon. Marilyn H. Patel Courtroom: 15 |
| 18 | Plaintiff, ) | |
| 19 | v. ) | |
| 20 | Douglas G. Bergeron, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, ) | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Defendants, ) | |
| 25 | -and- ) | |
| 26 | VERIFONE HOLDINGS, INC., ) | |
| 27 | Nominal Defendant. ) | |
| 28 | | |

SULLIVAN & CROMWELL LLP

NOTICE OF APPEARANCE OF BRENDAN P. CULLEN

| | |
|---|---|
| MARY LEMMOND and WANDELL EVERETT, derivatively on behalf of VeriFone Holdings, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> DOUGLAS G. BERGERON, BARRY ZWAREENSTEIN, JESSE ADAMS, ISAAC ANGEL, ELMORE WALLER, COLLIN E. ROCHE, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, EITAN RAFF, WILLIAM G. ATKINSON, CRAIG A. BONDY, GTCR GOLDER RAUNER, LLC, and DOES 1-25, inclusive, <br><br> Defendants, <br><br> -and- <br><br> VERIFONE HOLDINGS, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. CV 08-1301 MHP <br><br> Judge: The Hon. Marilyn H. Patel <br> Courtroom: 15 |

Sullivan & Cromwell LLP

NOTICE OF APPEARANCE OF BRENDAN P. CULLEN

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of named Defendants Verifone Holdings, Inc., Douglas G. Bergeron, James C. Castle, Leslie G. Denend, Alex W. (Pete) Hart, Robert B. Henske, Eitan Raff, Charles R. Rinehart, Collin E. Roche, Craig A. Bondy and Barry Zwarenstein, effective immediately.

Date: April 14, 2008

    /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
Sverker K. Högberg (SBN 244640)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

Attorneys for VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN