1  Michael H. Steinberg (SBN 134179)
   (steinbergm@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, California  90067
   Telephone:    (310) 712-6600
4  Facsimile:    (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  Scott C. Hall (SBN 232492)
   (halls@sullcrom.com)
7  Sverker K. Högberg (SBN 244640)
   (hogbergs@sullcrom.com)
8  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
9  Palo Alto, California 94303
   Telephone:    (650) 461-5600
10 Facsimile:    (650) 461-5700

11 Attorneys for Defendants VERIFONE HOLDINGS, INC.,
   DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G.
12 DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE,
   EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE,
13 CRAIG A. BONDY, and BARRY ZWARENSTEIN

14
                    **UNITED STATES DISTRICT COURT**
15
                  **NORTHERN DISTRICT OF CALIFORNIA**
16

17
   CHARLES R. KING, derivatively on behalf    )    Case No. CV 07-6347 MHP
18 of VERIFONE HOLDINGS, INC.,                 )
                                               )
19              Plaintiff,                     )    **DEFENDANTS' STATEMENT IN**
                                               )    **RESPONSE TO PLAINTIFFS' MOTIONS**
                                               )    **TO CONSOLIDATE CASES AND APPOINT**
20 v.                                          )    **LEAD PLAINTIFF AND LEAD COUNSEL**
                                               )
21 DOUGLAS G. BERGERON, JAMES C.               )    Judge: The Hon. Marilyn H. Patel
   CASTLE, LESLIE G. DENEND, ALEX W.           )    Courtroom: 15
22 (PETE) HART, ROBERT B. HENSKE,              )
   EITAN RAFF, CHARLES R. RINEHART,            )
23 COLLIN E. ROCHE, CRAIG A. BONDY,            )    This case is related to IN RE VERIFONE
   and BARRY ZWARENSTEIN,                      )    HOLDINGS, INC. SECURITIES
24                                             )    LITIGATION, Master File No. C 07-6140
                Defendants,                    )    MHP, HILBORN v. BERGERON ET AL.,
25                                             )    Case No. CV 08-1132 MHP, PATEL v.
   -and-                                       )    BERGERON ET AL., Case No. 08-1133
26                                             )    MHP, and LEMMOND ET AL. v.
   VERIFONE HOLDINGS, INC.,                    )    BERGERON ET AL., Case No. CV 08-1301
27                                             )    MHP.
                Nominal Defendant.             )
28                                             )

SULLIVAN
&
CROMWELL LLP

DEFENDANTS' STATEMENT IN RESPONSE TO MOTIONS TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

| | | |
|---|---|---|
| 1 | ARTHUR HILBORN, derivatively on behalf of Nominal Defendant, VERIFONE | ) ) | Case No. CV 08-1132 MHP |
| 2 | HOLDINGS, INC., | ) ) | Judge: The Hon. Marilyn H. Patel Courtroom: 15 |
| 3 | Plaintiff, | ) ) | |
| 4 | v. | ) ) | |
| 5 | Douglas G. Bergeron, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, | ) ) | |
| 6 | CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, | ) ) | |
| 7 | ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, | ) ) | |
| 8 | ELMORE WALLER, and BARRY ZWARENSTEIN, | ) ) | |
| 9 | Defendants, | ) ) | |
| 10 | -and- | ) ) | |
| 11 | VERIFONE HOLDINGS, INC., | ) ) | |
| 12 | Nominal Defendant. | ) ) | |
| 13 | | ) | |
| | ARUNBHAI PATEL, derivatively on behalf | ) | Case No. CV 08-1133 MHP |
| 14 | of Nominal Defendant, VERIFONE HOLDINGS, INC., | ) ) | |
| 15 | Plaintiff, | ) ) | Judge: The Hon. Marilyn H. Patel Courtroom: 15 |
| 16 | v. | ) ) | |
| 17 | | ) | |
| | Douglas G. Bergeron, JESSE ADAMS, | ) | |
| 18 | ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, | ) ) | |
| 19 | LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. | ) ) | |
| 20 | RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY | ) ) | |
| 21 | ZWARENSTEIN, | ) ) | |
| 22 | Defendants, | ) ) | |
| 23 | -and- | ) ) | |
| 24 | VERIFONE HOLDINGS, INC., | ) ) | |
| 25 | Nominal Defendant. | ) ) | |
| 26 | | ) | |
| | MARY LEMMOND and WANDELL EVERETT, derivatively on behalf of | ) ) | Case No. CV 08-1301 MHP |
| 27 | VeriFone Holdings, Inc., | ) ) | Judge: The Hon. Marilyn H. Patel Courtroom: 15 |
| 28 | | ) | |

DEFENDANTS' STATEMENT IN RESPONSE TO MOTIONS TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

| | | |
|---|---|---|
| 1 | Plaintiffs, | ) |
| | | ) |
| 2 | v. | ) |
| | | ) |
| 3 | DOUGLAS G. BERGERON, BARRY | ) |
| | ZWAREENSTEIN, JESSE ADAMS, ISAAC | ) |
| 4 | ANGEL, ELMORE WALLER, COLLIN E. | ) |
| | ROCHE, JAMES C. CASTLE, LESLIE G. | ) |
| 5 | DENEND, ALEX W. HART, ROBERT B. | ) |
| | HENSKE, CHARLES R. RINEHART, | ) |
| 6 | EITAN RAFF, WILLIAM G. ATKINSON, | ) |
| | CRAIG A. BONDY, GTCR GOLDER | ) |
| 7 | RAUNER, LLC, and DOES 1-25, inclusive, | ) |
| | | ) |
| 8 | Defendants, | ) |
| | | ) |
| 9 | -and- | ) |
| | | ) |
| 10 | VERIFONE HOLDINGS, INC., a Delaware | ) |
| | Corporation, | ) |
| 11 | | ) |
| | Nominal Defendant. | ) |
| 12 | | ) |

SULLIVAN
&
CROMWELL LLP

1    Defendants file this brief Statement in response to the motions filed by Plaintiffs King,

2  Patel and Lemmond *et al*. to consolidate the four related shareholder derivative actions and appoint a

3  lead plaintiff and lead counsel.  Defendants file this statement to support the consolidation and to concur

4  in the briefing schedule set out in Plaintiffs Lemmond and Everett's [Proposed] Order Granting

5  Plaintiffs Lemmond and Everett's Cross-Motion to Consolidate Cases and Appoint Lead Counsel and

6  Denying Motions of Plaintiffs King and Patel (Case No. CV 07-6347 MHP, Docket No. 23).

7    The arguments set forth in the various motions for the consolidation of these four cases

8  into a single putative derivative case related to the December 3, 2007 restatement announcement by

9  VeriFone Holdings, Inc. ("VeriFone") are essentially inarguable.  The efficiencies of having the four

10  cases consolidated into one are manifest and the potential for inefficiency and inconsistency if four

11  different plaintiffs are allowed separately to prosecute claims purportedly in the name of VeriFone is

12  substantial.  Accordingly, Defendants agree that these cases ought to be consolidated.

13    Defendants also believe that, of the competing briefing schedules proposed by the various

14  Plaintiffs, the one proposed by Plaintiffs Lemmond and Everett is far and away the preferable one.  That

15  schedule would, among other things, make Defendants' answer or other response to an amended

16  complaint in the consolidated derivative actions due within thirty (30) days of the entry of a ruling and

17  order by this Court concerning Defendants' motion to dismiss the consolidated amended complaint

18  expected to be filed in the related consolidated securities class action cases, *In re VeriFone Holdings,*

19  *Inc. Securities Litigation*, Master File No. C 07-6140.  Defendants believe that this schedule —

20  consistent with the purposes of the Private Securities Litigation Reform Act (PSLRA) and the Securities

21  Litigation Uniform Standards Act (SLUSA) — appropriately sets the timing of the derivative actions to

22  correspond with the federal securities class actions and avoids further unnecessary litigation until the

23  consolidated amended complaint survives the threshold challenge of Defendants' motion to dismiss.

24    Defendants' agreement that litigation in these matters should be coordinated with the

25  securities fraud cases ought not to be construed as indicating any lack of confidence by Defendants with

26  respect to the issues that will be litigated in the derivative cases at the appropriate time.  Indeed, at the

27  appropriate time, Defendants will have much to say about the failings of the complaints filed in these

28  four actions.  In particular, each of the complaints alleges (1) that the asserted claims are appropriately

SULLIVAN
&
CROMWELL LLP

1

1  brought as derivative claims on behalf of VeriFone, and (2) that Plaintiffs' failure to make a demand on

2  VeriFone's Board of Directors is excused on the basis of futility because, among other reasons, the

3  complaints allege claims for breaches of fiduciary duty against VeriFone's directors, VeriFone's

4  directors received compensation for serving on VeriFone's Board, and a minority of VeriFone's

5  directors and a minority of the Audit Committee members sold portions of their VeriFone shares during

6  the alleged relevant periods.  (*See King* Compl. 32-41, Case No. CV 07-6347 MHP, Docket No. 1;

7  *Hilborn* Compl. 19-20, Case No. CV 08-1132 MHP, Docket No. 1; *Patel* Compl. 19-20, Case No. CV

8  08-1133 MHP, Docket No. 1; *Lemmond et al*. Compl. 39-46, Case No. CV 08-1301 MHP, Docket No.

9  1.)  Plaintiffs' demand-futility allegations, in particular, cannot withstand scrutiny — because demand

10  was neither made nor excused, the cases should simply be dismissed.  But rather than raise them now in

11  response to several complaints, Defendants will assert these challenges in a motion directed against a

12  consolidated complaint.  Defendants also presently express no opinion as to the assertions in Plaintiffs

13  King's, Patel's and Lemmond *et al*.'s motions as to their suitability as derivative plaintiffs, but will do

14  so at the appropriate time once a consolidated complaint has been filed.

15  Date: April 14, 2008

16       /s/ Brendan P. Cullen
       Brendan P. Cullen (SBN 194057)

17       Scott C. Hall (SBN 232492)
       Sverker K. Högberg (SBN 244640)

18       SULLIVAN & CROMWELL LLP
       1870 Embarcadero Road

19       Palo Alto, California 94303
       Telephone:     (650) 461-5600

20       Facsimile:      (650) 461-5700

21       Michael H. Steinberg (SBN 134179)
       SULLIVAN & CROMWELL LLP

22       1888 Century Park East
       Los Angeles, California  90067

23       Telephone:     (310) 712-6600
       Facsimile:      (310) 712-8800

24
       Attorneys for VERIFONE HOLDINGS,

25       INC., DOUGLAS G. BERGERON,
       JAMES C. CASTLE, LESLIE G.

26       DENEND, ALEX W. (PETE) HART,
       ROBERT B. HENSKE, EITAN RAFF,

27       CHARLES R. RINEHART, COLLIN E.
       ROCHE, CRAIG A. BONDY, and

28       BARRY ZWARENSTEIN

SULLIVAN
&
CROMWELL LLP

2

DEFENDANTS' STATEMENT IN RESPONSE TO MOTIONS TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL